UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARIO J. URROZ and CORINNE T. NGUYEN,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON MUTUAL BANK,<br><br>　　　　　　Defendant.<br>_____/ | No. C 12-302 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On January 19, 2012, Plaintiffs Mario J. Urroz and Corinne T. Nguyen filed the above-captioned complaint, at which time the case was scheduled for a Case Management Conference on May 3, 2012. Dkt. Nos. 1, 2. However, since that time, there has been no further filings - there is no indication that Defendant has been served and no joint case management statement has been filed. Accordingly, the May 3 conference is VACATED. Based on Plaintiffs' inaction, the Court hereby ORDERS Plaintiffs Mario J. Urroz and Corinne T. Nguyen to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by May 10, 2012. If Plaintiffs file a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on May 24, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs are hereby informed that the Court may dismiss the case without a hearing if they fail to file a responsive pleading. Thus, it is imperative that Plaintiffs file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIO J URROZ,

        Plaintiff,

v.

WASHINGTON MUTUAL BANK,

        Defendant.

Case Number: 12-302 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario J. Urroz
Corinne T. Nguyen
23 Baypark
South San Francisco, CA 94080

Dated: April 27, 2012

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk