IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO J. URROZ, et al., | |
| Plaintiffs, | No. C 12-00302 JSW |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING** |
| WASHINGTON MUTUAL BANK, | |
| Defendants. | |

This matter comes before the Court upon consideration of the Report and Recommendation issued by Chief Magistrate Judge James, in which she recommends that the Court dismiss this case for failure to prosecute. The time for filing objections has passed, and the Court has not received any objections. The Court finds the Report and Recommendation thorough and well reasoned and adopts it in every respect. Accordingly, the Court HEREBY DISMISSES this case for failure to prosecute and for failure to comply with the Court's deadlines, pursuant to Federal Rule Civil Procedure 41(b). The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 6, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARIO-J URROZ et al,

   Plaintiff,

 v.

WASHINGTON MUTUAL BANK et al,

   Defendant.

Case Number: CV12-00302 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Corinne T. Nguyen
23 Baypark
South San Francisco, CA 94080

Mario J. Urroz
23 Baypark
South San Francisco, CA 94080

Dated: June 6, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk